AO 442 (Rev 11/11) Arrest Warrant

FID 1919568

# UNITED STATES DISTRICT COURT
for the
District of Columbia

U.S. MARSHAL-DC AM 11:5
RECEIVED OCT 11 '24

| United States of America | ) | Case: 1:24-cr-00456 |
| v. | ) | Assigned To : Judge Timothy J. Kelly |
| RONALD HUNT | ) | Assign. Date : 10/10/2024 |
| | ) | Description: Indictment (B) |
| Defendant | ) | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   RONALD HUNT

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846 - Conspiracy to Distribute and Possess with Intent to Distribute Four Hundred Grams or More of a Mixture and Substance Containing a Detectable Amount of Fentanyl, and a Detectable Amount of Methamphetamine;
21 U.S.C. § 841(a)(1) and § 841(b)(1)(C) - Unlawful Distribution of Fentanyl;
18 U.S.C. § 924(c)(1)(A)(i) - Using, Carrying, and Possessing a Firearm in Furtherance of a Drug Trafficking Offense;
18 U.S.C. § 2 - Aiding and Abetting;
FORFEITURE:  21 U.S.C. § 853(a) and (p); 18 U.S.C. § 924(d); and 28 U.S.C. § 2461(c)

Date:   10/10/2024

*Issuing officer's signature*

City and state:   WASHINGTON, DC         G. MICHAEL HARVEY, U.S. MAGISTRATE JUDGE
*Printed name and title*

### Return

This warrant was received on *(date)* 10/10/24 , and the person was arrested on *(date)* 10/12/24
at *(city and state)* Washington DC

Date:   10/16/24

*Arresting officer's signature*

SA Andrew Hanec
*Printed name and title*